AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Southern District of Texas

| | |
|---|---|
| United States of America | ) |
| **TN: Hannia Catalina Pineda** | ) |
| v. | ) Case No.  7:26-mj-2748 |
| **AKA:** Hannia Catalina Quintero Cardenas   8/3/2026-sg | ) |
| COB: Mexico | ) |
| YOB: 2005 | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 5, 2025 _____ in the county of _____ Hidalgo _____ in the _____ Southern _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1325(c) | Knowingly entering into a marriage for the purpose of evading any provision of the immigration laws of the United States, in violation of Title 8, United States Code, Section 1325(c). |

This criminal complaint is based on these facts:

See Attachment A

United States District Court
Southern District of Texas
**FILED**

JUL 3 1 2026

Nathan Ochsner, Clerk

☑ Continued on the attached sheet.

Approved by AUSA Patricia Profit

/S/  Mario Godinez
*Complainant's signature*

Mario Godinez - HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date:  7/31/26 @ 4:33 p.m.

*Judge's signature*

City and state:  McAllen, Texas

Juan F. Alanis, United States Magistrate Judge
*Printed name and title*

I, Mario Godinez am a Special Agent of the United States Homeland Security investigation ("HSI") and have knowledge of the following facts:

The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

In May 2026, Homeland Security Investigations ("HSI") McAllen received information regarding possible marriage fraud involving HANNIA Catalina Quintero Cardenas ("HANNIA") and Ricardo PINEDA Jr. ("PINEDA"). HANNIA was identified as the daughter of a known associate of La Nueva Familia Michoacana.

HSI McAllen obtained the immigration application submitted to U.S. Citizenship and Immigration Services ("USCIS") by HANNIA and PINEDA. During the review, HSI McAllen identified that PINEDA's stepmother is a cousin of HANNIA. With the assistance of USCIS, HSI McAllen scheduled HANNIA and PINEDA for an interview.

On July 31, 2026, HANNIA and PINEDA were interviewed by USCIS Fraud Detection and National Security officers ("FDNS") and HSI McAllen. During the interview, HANNIA and PINEDA stated they met on October 4, 2024, became engaged in July 2025, and married in November 2025.

Following the USCIS interview, HSI McAllen interviewed PINEDA. After being advised of his Miranda rights, PINEDA agreed to speak without an attorney present. During the interview, PINEDA stated he lied on the immigration application regarding his residence to make the application process "smoother." PINEDA stated that, at the time the application was submitted, he was residing in Corpus Christi, Texas, despite listing his residence as Mission, Texas, with HANNIA on the application. PINEDA further stated he married HANNIA to assist her in obtaining immigration benefits. PINEDA stated he knew the marriage was not legitimate at the time it occurred and that the purpose of the marriage was to help HANNIA obtain immigration benefits. PINEDA also stated he was gifted a 2025 GMC Sierra earlier this year by HANNIA's brother.